# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sontchi, Christopher S. | Delaware - Bankruptcy Court | 7/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

824 Market Street
5th Floor
Wilmington, Delaware 19899

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | University of Chicago Law School, Lecturer; Spring semester | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | self-employed physician |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | INSOL International | 03/23/2015 - 3/25/2015 | San Francisco, CA | Panel member for seminar | Meals, lodging, tuition and travel |
| 2. | The University of Chicago Booth School of Business | 04/09/2015 - 04/10/2015 | Chicago, Illinois | Panel member for seminar | Meals, lodging, tuition, and travel |
| 3. | American Bankruptcy Institute: Annual Meeting | 04/17/2015 - 04/18/2015 | Washington, DC | Panel member for seminar | Meals, lodging, tuition, and travel |
| 4. | American Bankruptcy Institute: Mid-Atlantic Conference | 08/06/2015 - 08/08/2015 | Hershey, PA | Judicial Co-Chair for seminar | Meals, lodging, tuition, and travel |
| 5. | Turnaround Management Association: Annual Meeting | 10/05/2015 - 10/07/2015 | Scottsdale, AZ | Panel member for seminar | Meals, lodging, tuition, and travel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sontchi, Christopher S.** | 7/15/2016 |

| | | | | |
|---|---|---|---|---|
| 6. | ABI and Georgetown Law School: Views from the Bench | 10/09/2015 - 10/09/2015 | Washington, DC | Panel member for seminar | Meals, tuition, and travel |
| 7. | Association of Insolvency and Restructuring Advisors: Advanced Restructuring Conf. | 11/01/2015 - 11/02/2015 | New York, NY | Panel member for seminar | Meals, lodging, tuition, travel |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sontchi, Christopher S.** | 7/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Educaion Services | Spouse's Education Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WSFS Bank | A | Interest | M | T | | | | | |
| 2. DEXSTA Federal Credit Union | A | Interest | L | T | | | | | |
| 3. Brokerage Account #1 | | None | J | T | | | | | |
| 4. 529 Plan #1 | | | | | | | | | |
| 5. - John Hancock, Freedom 529 College 2013-2016 | | None | M | T | | | | | |
| 6. 529 Plan #2 | | | | | | | | | |
| 7. - John Hancock, Freedom 529 College 2017-2020 | | None | M | T | | | | | |
| 8. IRA #1 | | | | | | | | | |
| 9. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 10. - American Funds, Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 11. - Neuberger Berman Genesis Fund | A | Dividend | | | Sold | 11/18/15 | J | | |
| 12. - Deutsche Global Real Estate Securities Fund | A | Dividend | J | T | | | | | |
| 13. - Wells Fargo Advantage International Value Fund | A | Dividend | J | T | | | | | |
| 14. - MFS Research Fund | A | Dividend | K | T | Buy (add'l) | 11/20/15 | J | | |
| 15. - JP Morgan Core Bond Fund | A | Dividend | | | Sold | 11/20/15 | K | | |
| 16. - Aston/River Road Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 17. - Columbia Acorn International Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Prudential Jennison Mid Cap Growth Fund | A | Dividend | J | T | Sold (part) | 02/20/15 | J | | |
| 19. - JP Morgan U.S. Large Cap Core Plus Fund | A | Dividend | K | T | Buy (add'l) | 02/20/15 | J | | |
| 20. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 21. - Manning & Napier Equity Series Fund | A | Dividend | | | Sold | 11/18/15 | K | | |
| 22. - John Hancock Disciplined Value Fund | A | Dividend | K | T | | | | | |
| 23. - JP Morgan Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 02/18/15 | J | | |
| 24. - Brown Advisory Growth Equity Fund | A | Dividend | K | T | | | | | |
| 25. - MFS International Growth Fund | A | Dividend | J | T | | | | | |
| 26. - AMG Times Square Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 27. - Virtus Emerging Markets Opportunities Fund | A | Dividend | J | T | | | | | |
| 28. - AQR Managed Futures Strategy Fund | A | Dividend | K | T | | | | | |
| 29. - Dodge & Cox Income Fund | A | Dividend | | | Sold | 11/18/15 | K | | |
| 30. - Baird Aggregate Bond Fund | A | Dividend | K | T | Buy | 11/18/15 | K | | |
| 31. - Clarkston Partners Fund | A | Dividend | J | T | Buy | 11/18/15 | J | | |
| 32. - Metropolitan West Total Return Bond Fund | A | Dividend | K | T | Buy | 11/20/15 | K | | |
| 33. IRA #2 | | | | | | | | | |
| 34. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 36. IRA #3 | | | | | | | | | |
| 37. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 38. - American Funds, Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 39. - Neuberger Berman Genesis Fund | A | Dividend | | | Sold | 11/18/15 | J | | |
| 40. - Deutsche Global Real Estate Securities Fund Securities | A | Dividend | J | T | | | | | |
| 41. - Wells Fargo Advantage International Value Fund | A | Dividend | J | T | | | | | |
| 42. - MFS Research Fund | A | Dividend | J | T | Buy (add'l) | 11/20/15 | J | | |
| 43. - JP Morgan Core Bond Fund | A | Dividend | | | Sold | 11/20/15 | J | | |
| 44. - Aston/River Road Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 45. - Columbia Acorn International Fund | A | Dividend | J | T | | | | | |
| 46. - Prudential Jennison Mid Cap Growth Fund | A | Dividend | J | T | Sold (part) | 02/12/15 | J | | |
| 47. - JP Morgan U.S. Large Cap Core Plus Fund | A | Dividend | J | T | Buy (add'l) | 02/10/15 | J | | |
| 48. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 49. - Manning & Napier Equity Series Fund | A | Dividend | | | Sold | 11/18/15 | J | | |
| 50. - John Hancock Disciplined Value Fund | A | Dividend | J | T | | | | | |
| 51. - JP Morgan Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 02/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Brown Advisory Growth Equity Fund | A | Dividend | J | T | | | | | |
| 53. - MFS International Growth Fund | A | Dividend | J | T | | | | | |
| 54. - AMG Times Square Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 55. - Virtus Emerging Markets Opportunities Fund | A | Dividend | J | T | | | | | |
| 56. - AQR Managed Futures Strategy Fund | A | Dividend | J | T | Sold (part) | 02/10/15 | J | | |
| 57. - Dodge & Cox Income Fund | A | Dividend | | | Sold | 11/18/15 | J | | |
| 58. - Baird Aggregate Bond Fund | A | Dividend | J | T | Buy | 11/18/15 | J | | |
| 59. - Clarkston Partners Fund | A | Dividend | J | T | Buy | 11/18/15 | J | | |
| 60. - Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Buy | 11/18/15 | J | | |
| 61. IRA #4 | | | | | | | | | |
| 62. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 63. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 64. 401(k) Plan #2 | | | | | | | | | |
| 65. - Franklin Templeton Inv., Franklin Income Fund | A | Dividend | J | T | | | | | |
| 66. - The Hartford, Hartford Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 67. - Henderson International Opportunities Fund | A | Dividend | J | T | | | | | |
| 68. - Quaker Funds, Quaker Strategic Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/15/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Henderson European Focus Fund | A | Dividend | J | T | | | | | |
| 70. Nationwide Flexible Prem. Variable Universal Life Policy #1 | | | | | | | | | |
| 71. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |
| 72. Nationwide Flexible Prem. Variable Universal Life Policy #2 | | | | | | | | | |
| 73. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part III-A, page ___, line 1 (2014 report). I did not teach at Widener University Delaware Law School in calendar year 2015. I taught in the Fall of 2014 and the Spring of 2016.

2) Part VII, page ___, line 3: The entire balance in this account was withdrawn in 2007. This account remains open but had a balance of $0.00 throughout the reporting period.

3) Part VII, page ___, 11: The entire balance of Neuberger Berman Genesis Fund was sold on November 18, 2015.

4) Part VII, page 5, line 14 (2014 report): The entire balance of PIMCO Total Return Fund was sold on October 16, 2014.

5) Part VII, page ___, line 15: The entire balance of JP Morgan Core Bond Fund was sold on November 20, 2015.

6) Part VII, page ___, line 21: The entire balance of Manning & Napier Equity Series Fund was sold on November 18, 2015.

7) Part VII, page 6, line 24 (2014 report): The entire balance of Prudential High Yield Fund was sold on August 21, 2014.

8) Part VII, page ___, line 29: The entire balance of Dodge & Cox Income Fund was sold on November 18, 2015.

9) Part VII, page ___, line 30: Baird Aggregate Bond Fund was initially purchased on November 18, 2015.

10) Part VII, page ___, line 31: Clarkston Partners Fund was initially purchased on November 18, 2015.

11) Part VII, page ___, line 32: Metropolitan West Total Return Bond Fund was initially purchased on November 20, 2015.

12) Part VII, page ___, line 39: The entire balance of Neuberger Berman Genesis Fund was sold on November 18, 2015.

13) Part VII, page 7, line 49 (2014 report): The entire balance of PIMCO Total Return Fund was sold on October 16, 2014.

14) Part VII, page ___, line 43: The entire balance of JP Morgan Core Bond Fund was sold on November 20, 2015

15) Part VII, page 8, line 57 (2014 report): The entire balance of Prudential High Yield Fund was sold on August 21, 2014.

16) Part VII, page ___, line 49: The entire balance of Manning & Napier Equity Series Fund was sold on November 18, 2015.

17) Part VII, page ___, line 57: The entire balance of Dodge & Cox Income Fund was sold on November 18, 2015.

18) Part VII, page ___, line 58: Baird Aggregate Bond Fund was initially purchased on November 18, 2015.

19) Part VII, page ___, line 59: Clarkston Partners Fund was initially purchased on November 18, 2015.

20) Part VII, page ___, line 60: Metropolitan West Total Return Bond Fund was initially purchased on November 20, 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher S. Sontchi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544